| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: David Patrick Cowen<br>Special Agent: Mark A. Kroger (FBI) | Telephone: (313) 226-9575<br>Telephone: (313) 402-1423 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>ISAAC YOUNG | Case No. | Case: 2:23−mj−30274<br>Assigned To : Unassigned<br>Assign. Date : 6/30/2023<br>SEALED MATTER (LH) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 1, 2023__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Mark A. Kroger, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 30, 2023__

*Judge's signature*

City and state: __Detroit, Michigan__   Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Mark Kroger, having been duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed since 2012. I am currently assigned to the Detroit field office, assigned to the Violent Gang Task Force (VGTF) and charged with investigating gangs and narcotics trafficking. Prior to my present assignment, I was assigned to the Detroit field office where I investigated financial crimes and health care fraud.

2. I am submitting this affidavit in support of a criminal complaint alleging that Isaac YOUNG (YOUNG) has violated Title 18, United States Code Section 922(g)(1), "Felon in Possession of a Firearm." Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge as well as information provided to me by other law enforcement officers and witnesses.

4. On or about February 7, 2023, I received information from Wixom Police

1

Department that YOUNG was involved in a shooting on February 1, 2023, near 30XXX Stoneridge, Wixom, MI, within the Eastern District of Michigan. Affiant knows YOUNG to be a member of Cashgang, a violent gang and rap group with a presence in the Metro Detroit Area.

5. The following is based on my conversations with the arresting officers, review of reports, and review of the body worn camera and in-car video footage from the Wixom Police officers for the date of February 1, 2023. At approximately 2:48 a.m. officers were dispatched to 30XXX Stoneridge for what was initially reported as an accidental shooting. Soon thereafter, officers arrived and observed YOUNG near the northside of the building walking towards officers in the parking lot. YOUNG advised that he was shot in the leg. While present with officers, YOUNG received a FaceTime call. The call was abruptly ended when YOUNG yelled to the caller that he was shot. Officers began to provide medical aid and observed YOUNG had gunshot wounds to the hand and hip. YOUNG was then transported to the hospital for treatment.

6. Officers began searching the area for possible evidence. Officers observed several bullet casings in front of the fifth corridor of the building and a blood trail in that same area. The blood trail led to the northern most corner of the

2

building (near where the Officer first observed the bleeding YOUNG walking towards them), around the corner, and towards the back of the building. Multiple bullet holes were observed in vehicles and apartment units where uninvolved residents resided. While following the blood trail around the northside of the building the trail stopped at a work bench. Officers then located a Glock 19 serial number AFTB925. The firearm was run through LEIN and showed the gun was registered to D.A., who the affiant knows to be another member of Cashgang.

7. The firearm was seized, swabbed for DNA and sent to the Michigan State Police Laboratory for NIBIN testing. In total, five 9mm shell casings and twenty .357 shell casings were recovered. These casings were also provided to the Michigan State Police Laboratory for NIBIN testing.

8. The Michigan State Police Laboratory completed forensic testing and concluded that the 9mm shell casings were fired from the Glock 19 serial number AFTB925.

9. The Michigan State Police Laboratory also completed DNA testing of the swab of the Glock 19's trigger and grip. A DNA profile, that genetically types as male was entered into the COmbined DNA Index System (CODIS). On June 21, 2023, the Laboratory provided a high stringency association

3

between the aforementioned DNA profile obtained from the swab of the GLOCK 19 to MI specimen number MI17-02XXXX, for ISAAC BARNETT YOUNG; DOB XX/XX/1999. According to FBI.gov, high stringency association is defined as a search that requires all alleles to match between two DNA profiles.

10. YOUNG is a convicted felon. In January 2020, in the state of Indiana, YOUNG pled guilty to felony corrupt business and felony counterfeiting. In January 2023, in the 6th Circuit Court of the State of Michigan, YOUNG pled guilty to felony assaulting/resisting/obstructing. When YOUNG possessed the firearm on or about February 1, 2023, he was on felony probation.

11. On April 18, 2023, based on information that I provided, Alcohol Tobacco and Firearms (ATF) Special Agent Michael Jacobs, an Interstate Nexus Expert, reviewed the history of the above-noted firearm and a preliminary examination indicates that the firearm was manufactured outside the state of Michigan and thus, had traveled in interstate commerce.

12. Based on my training, experience, and information provided in this affidavit, I believe that YOUNG violated Title 18, U.S.C. Section 922(g)(1).

_[signature]_

Mark Kroger
Special Agent, FBI

Subscribed and sworn before me
and/or by reliable electronic means

_[signature]_

Honorable Anthony P. Patti
United States Magistrate Judge

Date:   June 30, 2023

5