UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                                Criminal No. 23-mj-30274

ISAAC YOUNG,

    Defendant
_____/

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                                Respectfully submitted,

                                                Dawn N. Ison
                                                United States Attorney

                                                *s/David P. Cowen*
                                                David P. Cowen
                                                Assistant United States Attorney
                                                211 W. Fort Street, Suite 2001
                                                Detroit, MI 48226
                                                david.cowen@usdoj.gov
                                                (313) 226-9575

Dated: July 18, 2023

**IT IS SO ORDERED.**

s/David R. Grand
Hon. David R. Grand
United States Magistrate Judge

Entered: 7/18/23